# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

CHARLES W FLORANCE , III
also known as, Charles W Florance

        Plaintiff

  v.

CAROL C BARNETT
JOSE R ESPADA
THOMAS M EVERETT
JENNIFER L GEORGE
ALICE J SPRINGER
PHILIP J VOORHEIS
JAMES K ESSEL, TERMED: 10/03/2022

        Defendants

Civil Action No.  3:22-cv-399

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff_____
recover from the defendant _____ the amount of_____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-Judgment interest at the rate of _____ % along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

  X   Other*:*  This case is DISMISSED WITH PREJUDICE.

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

  *X*   decided by Chief Judge Jon E DeGuilio on Motion's to Dismiss by Defendants.

DATE: 2/8/2023                             CHANDA J. BERTA, ACTING CLERK OF COURT

                                                             by   s/ M. Murray_____
                                                             *Signature of Clerk or Deputy Clerk*